UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEAN ACKERLEY,

                              Plaintiff,                              ECF CASE

        -against-                                                    WAIVER OF SERVICE
                                                                     OF SUMMONS

STEVEN DUFFY, et al.,                                                07 CIV 3508 (SCR)(LMS)

                              Defendants.

-----------------------------------------------------------X

TO:  ROBERT N. ISSEKS, ESQ.
     6 North Street
     Middletown, New York 10940

        I acknowledge receipt of your request that I waive service of a summons in the
action of **Sean Ackerley vs. Steven Duffy, et al.,** which is case number
**06 CIV 3508 (SCR)(LMS)** in the United States District Court for the Southern District
of New York. I have also received a copy of the complaint in the action, two copies of
this instrument, and a means by which I can return the signed waiver to you without cost
to me.

        I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

        I (or the entity on whose behalf I am acting) will retain all defenses or objections
to the lawsuit or to the jurisdiction or venue of the court except for objections based on a
defect in the summons or in the service of the summons.

        I understand that a judgment may be entered against me (or the party on whose
behalf I am acting) if an answer or motion under Rule 12 is not served upon you within
60 days after **May 7, 2007**, or within 90 days after that date if the request was sent
outside the United States.

Date: _5-14-07_____

_____
Signature

    Jennifer  DeCampos
_____
Printed/typed name

(as _____)

(of _____)