UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEAN ACKERLEY,

                      Plaintiff,                      ECF CASE

-against-                      WAIVER OF SERVICE
                                                OF SUMMONS

STEVEN DUFFY, et al.,            07 CIV 3508 (SCR)(LMS)

                      Defendants.

------------------------------------------------------------X

TO:  ROBERT N. ISSEKS, ESQ.
       6 North Street
       Middletown, New York 10940

      I acknowledge receipt of your request that I waive service of a summons in the action of **Sean Ackerley vs. Steven Duffy, et al.**, which is case number **06 CIV 3508 (SCR)(LMS)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 7, 2007**, or within 90 days after that date if the request was sent outside the United States.

Date: _4/09/07_

                                                                    _[signature]_
                                                                     Signature

                                                            Garret Gabriel
                                                           Printed/typed name

                                                         (as _Correction Deputy_)

                                                         (of _Sullivan County_)