UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SEAN ACKERLEY,

                          Plaintiff,                                    ECF CASE

      -against-                                            WAIVER OF SERVICE
                                                              OF SUMMONS

STEVEN DUFFY, et al.,                                   07 CIV 3508 (SCR)(LMS)

                          Defendants.

-------------------------------------------------------------X

TO:  ROBERT N. ISSEKS, ESQ.
     6 North Street
     Middletown, New York 10940

       I acknowledge receipt of your request that I waive service of a summons in the
action of **Sean Ackerley vs. Steven Duffy, et al.**, which is case number
**06 CIV 3508 (SCR)(LMS)**  in the United States District Court for the Southern District
of New York.  I have also received a copy of the complaint in the action, two copies of
this instrument, and a means by which I can return the signed waiver to you without cost
to me.

       I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections
to the lawsuit or to the jurisdiction or venue of the court except for objections based on a
defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me (or the party on whose
behalf I am acting) if an answer or motion under Rule 12 is not served upon you within
60 days after **May 7, 2007**, or within 90 days after that date if the request was sent
outside the United States.

Date: __5/12/07_____                    _____
                                           Signature

                                           _____Lawrence A Thiel_____
                                           Printed/typed name

                                           (as _____)

                                           (of _____)