

SAMUEL S. YASGUR
County Attorney

Cheryl A. McCausland
Sr. Assistant County Attorney

**SULLIVAN COUNTY
DEPARTMENT OF LAW**
COUNTY GOVERNMENT CENTER
100 NORTH STREET, PO BOX 5012
MONTICELLO, NY 12701
TEL. (845) 794-3000 EXT. 3568
FAX (845) 794-4924

Lynda G. Levine
Thomas J. Cawley
Marvin Newberg
Assistant County Attorneys

May 14, 2007

Sent by Fax: 914-390-4179
Hon. Stephen C. Robinson
United States District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

# MEMO ENDORSED

Re:  Sean Ackerley, vs. Steven Duffy, et. al.
     Civil Action No. 07 CIV 3508 (SCR)

Dear Judge Robinson:

Due to scheduling conflicts, and upon consent of Plaintiff's counsel, I respectfully request an extension to June 18, 2007, to file Defendant County of Sullivan's, Answer to Plaintiff's Complaint.

Respectfully,

Samuel S. Yasgur
County Attorney

SSY/ddc
cc:  Robert N. Isseks, Esq.
     6 North Street
     Middletown, NY 10940
     Sent by Fax: 341-1760

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**APPLICATION GRANTED**

Stephen C. Robinson
HON. STEPHEN C. ROBINSION  6/12/07