UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SEAN ACKERLEY

                        Plaintiff,                                 Affidavit of Service
                                                                   **07 CIV. 3508**
                                                                   Judge ROBINSON

                        -against-

STEVEN DUFFY, THE COUNTY OF
SULLIVAN, NEW YORK; MICHAEL A.
SCHIFF, Sheriff of the Sullivan County Sheriff's
Department; THE SULLIVAN COUNTY
SHERIFF'S DEPARTMENT, JENNIFER
DeCAMPOS,    LAWRENCE THEIL, GARRETT
GABRIEL and JARED COSENCHUCK,

                        Defendants.
-----------------------------------------------------------------------X

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SULLIVAN )

        DEBORAH DRISCOLL-CONNOLLY, being duly sworn, deposes and says:

1.      I am not a party to the action, am over the age of 18 and reside in Grahamsville,

        New York.

2.      That on June 18, 2007, I served a true copy of the annexed Answer in the

        following manner:

Electronic filing and by mailing the same in a sealed envelope, with postage prepaid thereon, in a

post office or official depository of the U.S. Postal Service within the State of New York,

addressed to the last known address of the addressees as indicated below:


        Robert N. Isseks, Esq.
        Attorney for Plaintiff
        6 North Street
        Middletown, NY  10940

        Cliff Gordon, Esq.
        Attorney for defendant Duffy
        541 Broadway, P.O. Box 803
        Monticello, NY  12701


                                        _____
                                        DEBORAH DRISCOLL-CONNOLLY

Sworn to before me this 18th day of
June, 2007.

_____
NOTARY PUBLIC

                        Susan M. Duffy
                Notary Public, State of New York
                    Qualified in Ulster County
                Commission Expires Dec. 8, 2010
                    Reg. No. 01DU4876358