## VERIFICATION

STATE OF NEW YORK )
                       )    ss:
COUNTY OF SULLIVAN )

COL. HAROLD SMITH, being duly sworn, says:

I am the Jail Administrator of the Sullivan County Jail in the within action; I have read the annexed **ANSWER,** know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief as to those matters therein not stated upon knowledge is based upon the information contained in the records.

_____
COL. HAROLD SMITH

Sworn to before me this
21 day of June, 2007.

_____
Notary Public

JULIE A. BRENNAN
Notary Public, State of New York
Sullivan County Clerk's #2529
Commission Expires October 23, 20_10

verif.plf

DREW, DAVIDOFF & EDWARDS LAW OFFICES, LLP  ·  13 LIBERTY STREET  ·  P. O. DRAWER 1040  ·  MONTICELLO, N. Y. 12701